

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carol Johnene Morris,

Vs. No. 11-23-00189-CV

Atmos Energy et al.,

\* From the 238th District Court
of Midland County,
Trial Court No. CV59469.

\* October 12, 2023

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. We also dismiss Appellant's "MOTION TO TRANSFER ORIGINAL DOCUMENTS/EXHIIBITS TO COURT OF APPEALS" as moot.